No. 444. BAGGETT TRANSPORTATION CO. *v.* HUGHES TRANSPORTATION, INC., ET AL. C. A. 8th Cir. Certiorari denied. *William G. Somerville, Jr.,* for petitioner. *Albert Thomson* and *Frank B. Hand* for Hughes Transportation, Inc., and *Bernard A. Gould, Robert W. Ginnane,* and *Fritz R. Kahn* for Interstate Commerce Commission, respondents.

No. 445. ROBERTS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Crombie J. D. Garrett* for respondent.

No. 447. MUSTELL *v.* ROSE ET AL. Sup. Ct. Ala. Certiorari denied. *Robert C. Barnett* for petitioner. *Andrew J. Thomas* for respondents.

No. 448. LARIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jack Wasserman* for petitioner. *Solicitor General Griswold* for the United States.

No. 449. BRAKE *v.* SHOEMAKER ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Robert M. Brake,* petitioner, *pro se. William C. Steel* for respondents.

No. 450. HAMILTON MEMORIAL GARDENS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Jacquin D. Bierman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Louis M. Kauder,* and *Jonathan S. Cohen* for respondent.